FILED

Jul 02 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BOWLES,<br><br>        Plaintiff,<br><br>    v.<br><br>TODD AH YO, and others,<br><br>        Defendants. | Case No. 19-cv-01027-NC<br><br>**JURY VERDICT** |

The Court enters the attached verdict.

**IT IS SO ORDERED.**

Dated: July 2, 2021

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

We the jury, unanimously find as follows:

### PART ONE: DEFENDANT OFFICER TODD AH YO

1. Did Plaintiff John Bowles prove by a preponderance of the evidence that Officer Todd Ah Yo used excessive force against Mr. Bowles?

    \_\_\_ Yes          X No

    *If you answered "Yes" to Question 1, please answer Question 2. If you answered "No," please go to Question 3.*

2. Did Mr. Bowles prove by a preponderance of the evidence that Officer Ah Yo's use of excessive force caused harm to Mr. Bowles?

    \_\_\_ Yes          \_\_\_ No

    *Please go to Question 3.*

### PART TWO: DEFENDANT OFFICER ERICK ENDERLE

3. Did Mr. Bowles prove by a preponderance of the evidence that Officer Erick Enderle used excessive force against Mr. Bowles?

    X Yes          \_\_\_ No

    *If you answered "Yes" to Question 3, please answer Question 4. If you answered "No," please go to Question 5.*

4. Did Mr. Bowles prove by a preponderance of the evidence that Officer Enderle's use of excessive force caused harm to Mr. Bowles?

    X Yes          \_\_\_ No

    *Please go to Question 5.*

//
//
//

2

### PART THREE: DEFENDANT OFFICER WILLIAM WOLFE

5. Did Mr. Bowles prove by a preponderance of the evidence that Officer William Wolfe used excessive force against Mr. Bowles?

    X Yes  ___ No

    *If you answered "Yes" to Question 5, please answer Question 6. If you answered "No," please go to Question 7.*

6. Did Mr. Bowles prove by a preponderance of the evidence that Officer Wolfe's use of excessive force caused harm to Mr. Bowles?

    X Yes  ___ No

    *Please go to Question 7.*

### PART FOUR: DAMAGES

7. What amount of damages did Mr. Bowles prove by a preponderance of the evidence that he should recover?

    a. Past economic damages       $ 130,000
    b. Future economic damages     $ 1,642,646
    c. Past non-economic damages   $ 0
    d. Future non-economic damages $ 0

*Please sign and date the verdict form and return it to the Court.*

Date: July 2, 2021          _____
                                   Presiding Juror

3