UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN BOWLES,

        Plaintiff,

    v.

TODD AH YO, and others,

        Defendants.

Case No.19-cv-01027-NC

**JUDGMENT**

In accordance with: (1) the Court's June 16, 2020, order on Defendants' motion for summary judgment dismissing Plaintiff John Bowles' failure to provide medical care claim and *Monell* claim for municipal liability against the City of San Jose (ECF 53); and (2) the jury's July 2, 2021 unanimous verdict finding Defendant Officers Erick Enderle and William Wolfe liable and Defendant Officer Todd Ah Yo not liable, judgment is entered in favor of Bowles and against Officers Enderle and Wolfe with respect to the remaining excessive use of force claim.

Total judgment in the sum of $1,772,646, plus costs, pursuant to Federal Rule of Civil Procedure 54(d)(1), interest calculated from the date of the entry of judgment, at the rate specified by 28 U.S.C. § 1961, and reasonable attorneys' fees, is entered against Officers Enderle and Wolfe. Bowles is the prevailing party and may apply to the court for an award of costs and reasonable statutory attorneys' fees as permitted by federal law. The Clerk is ordered to terminate Case No. 19-cv-01027-NC.

**IT IS SO ORDERED.**

Dated: July 16, 2021   _____
NATHANAEL M. COUSINS
United States Magistrate Judge